# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 13, 2021

### NO. 03-18-00715-CV

**Stacey R. Hammer, Appellant**

**v.**

**Richard Hammer, Appellee**

---

**APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, TRIANA, AND KELLY
AFFIRMED -- OPINION BY JUSTICE GOODWIN**

---

This is an appeal from the order requiring turnover and appointing receiver signed by the trial court on September 28, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order requiring turnover and appointing receiver. Therefore, the Court affirms the trial court's order requiring turnover and appointing receiver. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.